UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Halimo M., | Civ. No. 26-367 (PAM/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, in their official capacity as Attorney General of the United States; Kristi Noem, in her capacity as Secretary of the United States Department of Homeland Security; Todd M. Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; and David Easterwood, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

This matter is before the Court on the parties' Stipulation for Extension of Time to Answer or Otherwise Respond. (Docket No. 10.) The Court finds that an extension is warranted.

Accordingly, **IT IS HEREBY ORDERED that:**

1. Respondents' response is due on January 22; and

2. Petitioner's reply is due on January 23.

Dated: January 22, 2026

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge