# UNITED STATES DISTRICT COURT
## District of Minnesota

Halimo Bakur Mohamed

Petitioner,

v.

Pamela Bondi, Kristi Noem,
Todd M. Lyons, and David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-00367-PAM-DTS**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is GRANTED in part; and

2. Respondents shall:

   a. Within 7 days of the date of Petitioner's release from the hospital or other medical facility to which she may be transferred, complete inspection and examination of Petitioner as required by 8 U.S.C. § 1159(a) and file a notice confirming that such inspection has been completed, stating the outcome and whether Respondents contend that her continued detention is authorized on a specified lawful basis; or

b. Inform the Court and Petitioner of their intent not to detain her following her release from the hospital or other medical facility to which she may be transferred, and file a notice confirming the same.

Date: 1/28/2026

KATE M. FOGARTY, CLERK